1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ERIC K. H. CHINN
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California  94105
6      Telephone:  (415) 977-8932
       Facsimile:  (415) 744-0134
7      E-Mail: eric.chinn@ssa.gov

8  Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                        **SACRAMENTO DIVISION**

12

13 ELLA DAVIS,                        )
                                      )   CIVIL NO. 2:08-cv-00046-KJM
14         Plaintiff,                 )
                                      )   STIPULATION AND ORDER FOR 21-DAY
15         v.                         )   EXTENSION OF TIME TO RESPOND TO
                                      )   PLAINTIFF'S MOTION FOR ATTORNEY'S
16 MICHAEL J. ASTRUE,                 )   FEES UNDER THE EQUAL ACCESS TO
   Commissioner of Social Security,   )   JUSTICE ACT
17                                    )
           Defendant.                 )
18 _____)

19      The parties, by and through their respective counsel and subject to the approval of the Court,

20 stipulate that Defendant Michael J. Astrue, Commissioner of Social Security (Commissioner) shall have

21 a 21-day extension of time through July 23, 2009, in which he may respond to Plaintiff's "Motion and

22 Application for Award of Attorney's Fees and Costs Under the Equal Access To Justice Act."

23      The parties submit this stipulation pursuant to Fed.R.Civ.P. 6(b) for "good cause" on the basis

24 that the pending motion must be reassigned to another government attorney due to the imminent

25 ///

26 ///

27

28

cross-country agency transfer of the government attorney to whom this matter is presently assigned.

                                       Respectfully submitted,

Dated: July 2, 2009            /s/ *Harvey P. Sackett*
                                   (per telephone authorization this date)
                                   HARVEY P. SACKETT
                                   Attorney for Plaintiff

Dated: July 2, 2009            LAWRENCE G. BROWN
                                   Acting United States Attorney
                                   LUCILLE GONZALES MEIS
                                   Regional Chief Counsel, Region IX
                                   Social Security Administration

                                   /s/ *Eric K. H. Chinn*
                                   ERIC K. H. CHINN
                                   Special Assistant U.S. Attorney

APPROVED AND SO ORDERED:

Dated: July 8, 2009.

_____
U.S. MAGISTRATE JUDGE