HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/as

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLA DAVIS, | CIVIL NO. CV-S-08-00046 KJM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR (10) DAY EXTENSION OF TIME TO RESPOND TO DEFENDANT'S OPPOSITION |
| MICHAEL J. ASTRUE,<br>Commissioner,<br>Social Security Administration, | |
| Defendant. | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time of (10) days up through and including Thursday, September 3, 2009 in which to file Plaintiff's Response to Defendant's Opposition.  This extension is necessitated by the number of other cases Plaintiff's counsel currently has pending before various district courts and court of appeals that also require briefing around this time.

1

STIPULATION AND ORDER FOR (10) DAY EXTENSION OF TIME TO RESPOND TO DEFENDANT'S OPPOSITION

LAWRENCE G. BROWN
Acting United States Attorney

Dated: August 19, 2009          */s/BRENDA PULLIN*
                                (Authorization by electronic correspondence)
                                BRENDA PULLIN
                                Special Assistant U.S. Attorney


Dated: August 19, 2009          */s/HARVEY P. SACKETT*
                                HARVEY P. SACKETT
                                Attorney for Plaintiff
                                ELLA DAVIS

IT IS SO ORDERED.

DATED:  August 19, 2009.

_____
U.S. MAGISTRATE JUDGE

2

STIPULATION AND ORDER FOR (10) DAY EXTENSION OF TIME TO RESPOND TO DEFENDANT'S OPPOSITION